Jens Folkman's Rederi Aktieselskab et al., Libelants-Appellees, v. THE Steamship PARIS, Her Engines, etc., Compagnie Generale Transatlantique, Claimant-Appellant, THE Steamship WILSTON, Her Engines, etc., Angus Leitch, Claimant-Appellee, THE Steam Tug OVERBROOK, Her Engines, etc., Pennsylvania Railroad Company, Claimant-Appellee (and nine other cases).

Nos. 65–68.

Circuit Court of Appeals, Second Circuit.

Oct. 20, 1930.

Joseph P. Nolan, of New York City, for appellant.

Haight, Smith, Griffin & Deming, of New York City (John W. Griffin, of New York City, of counsel), for libelants.

Lucian V. Axtell, of New York City (Elizabeth Robinson, of New York City, of counsel), for appellees Hans Fay and others.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (W. H. McGrann, of New York City, of counsel), for appellee the S. S. Wilston.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and P. Fearson Shortridge, both of New York City, of counsel), for appellee the S. S. Overbrook.

Bigham, Englar, Jones & Houston, of New York City (D. Roger Englar and Leonard J. Mattison, both of New York City, of counsel), for appellees Compania Azucarera Beola and another.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decrees [37 F.(2d) 734] affirmed on opinion of COXE, J.

PATENT VULCANITE ROOFING COMPANY, Inc., Plaintiff-Appellant, v. TRANSOCEANICA SOCIETE ITALIANA DI NAVIGAZIONE, Defendant-Appellee.

No. 91.

Circuit Court of Appeals, Second Circuit.

Dec. 3, 1930.

See, also, 32 F.(2d) 213.

Bigham, Englar & Jones, of New York City (Arthur W. Clement, of New York City, of counsel), for appellant.

Loomis & Ruebush, of New York City (Homer L. Loomis, of New York City, of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

∎

REAL ESTATE MANAGEMENT COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

THE MILANO COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 105.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1930.

Bernhard Knollenberg, of New York City, for petitioners.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key and Morton K. Rothschild, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., of counsel), for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decision affirmed.